UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:18cr114 |
| v. | ) | |
| | ) | |
| CHRISTINA DANIELLE PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S POSITION ON SENTENCING

The United States of America submits its position on the defendant's sentencing. As a condition of the execution of co-defendant Richard Allen Patterson's plea agreement, ECF No. 99, and of the Court's acceptance of the co-defendant's guilty plea on May 2, 2018, ECF No. 98, the United States now recommends that the Court sentence the defendant to the following:

- Under Count One, a total active sentence of 18 months' imprisonment, consisting of 12 months in jail with three years of supervised release, including a condition that the defendant complete six months of home confinement, to be served concurrently with the sentence imposed under Count Eight; and

- Under Count Eight, a total active sentence of 18 months' imprisonment, consisting of 12 months in jail with three years of supervised release, including a condition that the defendant complete six months of home confinement, to be served concurrently with the sentence imposed under Count One.

The defendant agrees with this recommendation. Neither party has any objection to the PSR.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
William B. Jackson
Darryl J. Mitchell
Assistant United States Attorneys

2

                                        Attorneys for the United States
                                        United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: 757-441-6331
Facsimile: 757-441-6689
Email: william.jackson3@usdoj.gov
          darryl.mitchell@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of July, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record including:

>Nicholas D. Renninger, Esq.
>355 Crawford Street
>Suite 700
>Portsmouth, Virginia 23704

      I hereby certify that on the 9th day of July, 2018, I sent by electronic mail a true and correct copy of the foregoing to the following:

>Kristie M. Milby
>United States Probation Officer
>827 Diligence Drive
>Suite 210
>Newport News, Virginia 23452

/s/
William B. Jackson
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone: (757) 441-6331
Facsimile: (757) 441-3205
E-mail: william.jackson3@usdoj.gov